■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND AMOS, Appellant. [825 NYS2d 410]—Appeal from a judg-

ment of the Erie County Court (Timothy J. Drury, J.), rendered August 24, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Smith, Centra and Pine, JJ.